WELLS FARGO

# Pay Voucher

**B10 Wells Fargo Bank, N. A.**
101 North Phillips Avenue
Sioux Falls, SD 57104

**HR Service Center**
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

| Team Member Information and Pay Dates | | |
|---|---|---|
| **ALLISON DOROTHY HARRIS** | Employee ID: | 00001558922 |
| 57 Rosewood ln | AU: | 0068112 |
| MARIETTA, PA 17547 | Location: | Lancast574 |
| | Job Title: | Teller |
| | Pay Begin Date: | 09/16/2018 |
| | Pay End Date: | 09/29/2018 |
| | Check Date: | 10/05/2018 |

| Tax Data: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 3 | 0 |
| Addl. Amount: | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,067.50 | 916.28 | 116.27 | 205.62 | 745.61 |
| YTD | 21,884.88 | 18,677.48 | 2,517.83 | 3,746.39 | 15,620.66 |

**Earnings**

| | | Current | | Year To Date | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular Pay | 15.250000 | 70.00 | 1,067.50 | 1,281.54 | 19,029.07 |
| OverTimePay | | | 0.00 | 1.35 | 30.88 |
| OverTimePay - Override Amount | | | 0.00 | | 0.13 |
| PTO | | | 0.00 | 109.17 | 1,636.10 |
| Holiday | | | 0.00 | 50.00 | 720.50 |
| Miscellaneous Absence | | | 0.00 | 7.00 | 105.00 |
| HSA Employer Contrib | | | 0.00 | | 800.00 |
| RB QTRLY BON | | | 0.00 | | 323.20 |
| On the Watch Award | | | 0.00 | | 40.00 |
| **Total:** | | **70.00** | **1,067.50** | **1,449.06** | **21,884.88** |

**Taxes**

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 0.00 | 129.40 |
| Fed MED/EE | 14.06 | 288.96 |
| Fed OASDI/EE | 60.12 | 1,235.54 |
| PA Unempl EE | 0.62 | 12.83 |
| PA Withholdng | 29.77 | 611.81 |
| PA EAST HEMPFIELD LS Tax | 2.00 | 40.00 |
| PA EAST HEMPFIELD Withholdng | 9.70 | 199.29 |
| **Total:** | **116.27** | **2,517.83** |

**Before-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 61.20 | 1,224.00 |
| Dental Premium | 9.32 | 186.40 |
| Vision Service Plan Premium | 2.32 | 46.40 |
| WF 401(k) | 53.38 | 1,250.60 |
| HSA | 25.00 | 500.00 |
| **Total:** | **151.22** | **3,207.40** |

**After-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| 401K Loan Code #1 | 30.14 | 224.76 |
| 401K Loan Code #3 | 4.44 | 88.80 |
| 401K Loan Code #4 | 9.14 | 27.42 |
| WF 401(k) Roth | 10.68 | 124.41 |
| 401K Loan Code #2 | 0.00 | 73.60 |
| **Total:** | **54.40** | **538.99** |

**Net Pay Distribution**

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 94678940 | Checking | X1758 | 50.00 |
| | Checking | X3024 | 5.00 |
| | Savings | X3022 | 5.00 |
| | Savings | X3023 | 5.00 |
| | Checking | XXXXXX1979 | 680.61 |
| **TOTAL:** | | | **745.61** |

WELLS FARGO

# Pay Voucher

**B10 Wells Fargo Bank, N. A.**
101 North Phillips Avenue
Sioux Falls, SD 57104

**HR Service Center**
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

**Team Member Information and Pay Dates**

**ALLISON DOROTHY HARRIS**
57 Rosewood ln
MARIETTA, PA 17547

| | |
|---|---|
| Employee ID: | 00001558922 |
| AU: | 0068112 |
| Location: | Lancast574 |
| Job Title: | Teller |
| Pay Begin Date: | 09/30/2018 |
| Pay End Date: | 10/13/2018 |
| Check Date: | 10/19/2018 |

| Tax Data: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 3 | 0 |
| Addl. Amount: | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,160.83 | 1,004.95 | 135.45 | 211.21 | 814.17 |
| YTD | 23,045.71 | 19,682.43 | 2,653.28 | 3,957.60 | 16,434.83 |

**Earnings**

| Description | Earnings From Week Ending | Current Rate | Current Hours | Current Earnings | Year To Date Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|
| Regular Pay | | 15.250000 | 69.12 | 1,054.08 | 1,350.66 | 20,083.15 |
| Holiday | 10/13/2018 | 15.250000 | 7.00 | 106.75 | 57.00 | 827.25 |
| OverTimePay | | | | 0.00 | 1.35 | 30.88 |
| OverTimePay - Override Amount | | | | 0.00 | | 0.13 |
| PTO | | | | 0.00 | 109.17 | 1,636.10 |
| Miscellaneous Absence | | | | 0.00 | 7.00 | 105.00 |
| HSA Employer Contrib | | | | 0.00 | | 800.00 |
| RB QTRLY BON | | | | 0.00 | | 323.20 |
| On the Watch Award | | | | 0.00 | | 40.00 |
| **Total:** | | | **76.12** | **1,160.83** | **1,525.18** | **23,045.71** |

**Taxes**

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 8.19 | 137.59 |
| Fed MED/EE | 15.41 | 304.37 |
| Fed OASDI/EE | 65.91 | 1,301.45 |
| PA Unempl EE | 0.68 | 13.51 |
| PA Withholdng | 32.63 | 644.44 |
| PA EAST HEMPFIELD LS Tax | 2.00 | 42.00 |
| PA EAST HEMPFIELD Withholdng | 10.63 | 209.92 |
| **Total:** | **135.45** | **2,653.28** |

**Before-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 61.20 | 1,285.20 |
| Dental Premium | 9.32 | 195.72 |
| Vision Service Plan Premium | 2.32 | 48.72 |
| WF 401(k) | 58.04 | 1,308.64 |
| HSA | 25.00 | 525.00 |
| **Total:** | **155.88** | **3,363.28** |

**After-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| 401K Loan Code #1 | 30.14 | 254.90 |
| 401K Loan Code #3 | 4.44 | 93.24 |
| 401K Loan Code #4 | 9.14 | 36.56 |
| WF 401(k) Roth | 11.61 | 136.02 |
| 401K Loan Code #2 | 0.00 | 73.60 |
| **Total:** | **55.33** | **594.32** |

**Net Pay Distribution**

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 94930159 | Checking | X1758 | 50.00 |
| | Checking | X3024 | 5.00 |
| | Savings | X3022 | 5.00 |
| | Savings | X3023 | 5.00 |
| | Checking | XXXXXX1979 | 749.17 |
| **TOTAL:** | | | **814.17** |

WELLS FARGO

# Pay Voucher

B10 Wells Fargo Bank, N. A.
101 North Phillips Avenue
Sioux Falls, SD 57104

HR Service Center
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

**Team Member Information and Pay Dates**

ALLISON DOROTHY HARRIS
57 Rosewood ln
MARIETTA, PA 17547

| | |
|---|---|
| Employee ID: | 00001558922 |
| AU: | 0068112 |
| Location: | Lancast574 |
| Job Title: | Teller |
| Pay Begin Date: | 10/14/2018 |
| Pay End Date: | 10/27/2018 |
| Check Date: | 11/02/2018 |

| Tax Data: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 3 | 0 |
| Addl. Amount: | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,143.75 | 988.72 | 131.81 | 210.19 | 801.75 |
| YTD | 24,189.46 | 20,671.15 | 2,785.09 | 4,167.79 | 17,236.58 |

**Earnings**

| Description | Current Rate | Current Hours | Current Earnings | Year To Date Hours | Year To Date Earnings |
|---|---|---|---|---|---|
| Regular Pay | 15.250000 | 75.00 | 1,143.75 | 1,425.66 | 21,226.90 |
| OverTimePay | | | 0.00 | 1.35 | 30.88 |
| Incentive Overtime Recalc | | | 0.00 | | 0.13 |
| PTO | | | 0.00 | 109.17 | 1,636.10 |
| Holiday | | | 0.00 | 57.00 | 827.25 |
| Miscellaneous Absence | | | 0.00 | 7.00 | 105.00 |
| HSA Employer Contrib | | | 0.00 | | 800.00 |
| RB QTRLY BON | | | 0.00 | | 323.20 |
| On the Watch Award | | | 0.00 | | 40.00 |
| **Total:** | | **75.00** | **1,143.75** | **1,600.18** | **24,189.46** |

**Taxes**

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 6.56 | 144.15 |
| Fed MED/EE | 15.17 | 319.54 |
| Fed OASDI/EE | 64.84 | 1,366.29 |
| PA Unempl EE | 0.67 | 14.18 |
| PA Withholdng | 32.11 | 676.55 |
| PA EAST HEMPFIELD LS Tax | 2.00 | 44.00 |
| PA EAST HEMPFIELD Withholdng | 10.46 | 220.38 |
| **Total:** | **131.81** | **2,785.09** |

**Before-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 61.20 | 1,346.40 |
| Dental Premium | 9.32 | 205.04 |
| Vision Service Plan Premium | 2.32 | 51.04 |
| WF 401(k) | 57.19 | 1,365.83 |
| HSA | 25.00 | 550.00 |
| **Total:** | **155.03** | **3,518.31** |

**After-Tax Deductions**

| Description | Current | Year To Date |
|---|---|---|
| 401K Loan Code #1 | 30.14 | 285.04 |
| 401K Loan Code #3 | 4.44 | 97.68 |
| 401K Loan Code #4 | 9.14 | 45.70 |
| WF 401(k) Roth | 11.44 | 147.46 |
| 401K Loan Code #2 | 0.00 | 73.60 |
| **Total:** | **55.16** | **649.48** |

**Net Pay Distribution**

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 95181310 | Checking | X1758 | 50.00 |
| | Checking | X3024 | 5.00 |
| | Savings | X3022 | 5.00 |
| | Savings | X3023 | 5.00 |
| | Checking | XXXXXX1979 | 736.75 |
| **TOTAL:** | | | **801.75** |

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 09/24/2018 to 09/30/2018
Pay Date: 10/05/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 529.82 | = | 712.00 | + | 0.00 | - | 105.66 | - | 73.32 |

## EARNINGS

| Gross Income | Rate | | Hours | Amount | YTD Amount |
|---|---|---|---|---|---|
| 1001 Base Pay | 19.25 | 8.00 | | 154.00 | 31,054.90 |
| 1001 Base Pay | 18.00 | 31.00 | | 558.00 | |
| 1006 Overtime Premium | | | | | 2,749.58 |
| 1060 Shift Differential - Hrly | | | | | 386.55 |
| 1067 Shift Diff-Overtime | | | | | 48.36 |
| 1225 Vacation Pay - Hourly | | | | | 1,720.04 |
| 1340 Holiday Pay | | | | | 1,318.08 |
| 1365 FLSA OT Calc | | | | | 22.66 |
| 1555 Tax Assist-Reg Tax | | | | | 37.50 |
| 1A17 Per Att Awd Annly Non Dis | | | | | 200.00 |
| **Gross Earnings Total** | | | | **712.00** | **37,537.67** |

| Imputed Income | Amount | YTD Amount |
|---|---|---|
| 1400 Taxable Awd-Discretionary | | 75.00 |
| **Imputed Income Total** | | **75.00** |

## DEDUCTIONS

| Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 7262 HighMark Medical (BT) | 62.08 | 2,506.97 |
| 7446 Hrly Ret Sav-Shlt | | 907.39 |
| 7711 Dental Assist Plan (BT) | 6.23 | 252.66 |
| 7786 VSP Vision (BT) | 2.93 | 118.95 |
| **Tax Exempt Total** | **71.24** | **3,785.97** |

| Not Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 5500 UW Lancaster Ded | | 2.00 |
| 6315 USW Union Dues | 10.32 | 495.48 |
| 6316 USW Lump Sum Union Dues | | 1.63 |
| 6317 USW Hourly Dues | 0.78 | 36.98 |
| 6400 Miscellaneous-no bal | | 896.71 |
| 7380 Emp-pd Term Life | 2.35 | 94.00 |
| 7440 Long Term Disability | 20.97 | 838.80 |
| **Not Tax Exempt Total** | **34.42** | **2,365.60** |

## TAXES

| Pay Period Taxes | Current Taxes | YTD Taxes |
|---|---|---|
| **Federal** | | |
| Withholding Tax | | 502.65 |
| Social Security Tax | 39.72 | 2,153.51 |
| Medicare Tax | 9.29 | 503.64 |
| **Pennsylvania** | | |
| Withholding Tax | 19.67 | 1,066.37 |
| Unemployment Tax | 0.43 | 22.57 |
| **East Donegal Township** | | |
| Withholding Tax | 3.21 | 173.83 |
| **Lancaster** | | |
| Local Services Tax | 1.00 | 39.00 |
| **Donegal S D** | | |

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 09/24/2018 to 09/30/2018
Pay Date: 10/05/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 529.82 | = | 712.00 | + | 0.00 | - | 105.66 | - | 76.52 |

| | | |
|---|---|---|
| Withholding Tax | 3.20 | 173.67 |
| **Pay Period Taxes Total** | **76.52** | **4,635.24** |

| W2 Taxable Income | Current Taxable | YTD Taxable |
|---|---|---|
| **Federal** | | |
| Withholding Tax | 640.76 | 33,826.70 |
| Social Security Tax | 640.76 | 34,734.09 |
| Medicare Tax | 640.76 | 34,734.09 |
| **Pennsylvania** | | |
| Withholding Tax | 640.76 | 34,734.09 |
| **East Donegal Township** | | |
| Withholding Tax | 640.76 | 34,734.09 |
| **Donegal S D** | | |
| Withholding Tax | 640.76 | 34,734.09 |

| PAYMENT DETAILS | Bank Name | Bank Acct | Check No | Amount | Currency |
|---|---|---|---|---|---|
| Direct Deposit | MEMBERS 1ST FCU | *7004 | 0074177100273001 | 40.00 | USD |
| Direct Deposit | WELLS FARGO BANK | *7407 | 0074177100273002 | 489.82 | USD |

**IMPORTANT INFORMATION**

*Is your address correct and up-to-date?*
*If not, please contact us at AFIPayrollServices@Armstrongflooring.com*

**Armstrong FLOORING**

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/01/2018 to 10/07/2018
Pay Date: 10/12/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| **599.35** | = | **792.21** | + | **0.00** | - | **106.89** | - | **85.97** |

## EARNINGS

| Gross Income | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|
| 1001 Base Pay | 18.00 | 42.00 | 756.00 | 31,810.90 |
| 1006 Overtime Premium | 9.00 | 2.00 | 18.00 | 2,767.58 |
| 1060 Shift Differential - Hrly | | | 17.74 | 404.29 |
| 1067 Shift Diff-Overtime | | | 0.47 | 48.83 |
| 1225 Vacation Pay - Hourly | | | | 1,720.04 |
| 1340 Holiday Pay | | | | 1,318.08 |
| 1365 FLSA OT Calc | | | | 22.66 |
| 1555 Tax Assist-Reg Tax | | | | 37.50 |
| 1A17 Per Att Awd Annly Non Dis | | | | 200.00 |
| **Gross Earnings Total** | | | **792.21** | **38,329.88** |

| Imputed Income | Amount | YTD Amount |
|---|---|---|
| 1400 Taxable Awd-Discretionary | | 75.00 |
| **Imputed Income Total** | | **75.00** |

## DEDUCTIONS

| Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 7262 HighMark Medical (BT) | 62.08 | 2,569.05 |
| 7446 Hrly Ret Sav-Shlt | | 907.39 |
| 7711 Dental Assist Plan (BT) | 6.23 | 258.89 |
| 7786 VSP Vision (BT) | 2.93 | 121.88 |
| **Tax Exempt Total** | **71.24** | **3,857.21** |

| Not Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 5500 UW Lancaster Ded | | 2.00 |
| 6315 USW Union Dues | 11.49 | 506.97 |
| 6316 USW Lump Sum Union Dues | | 1.63 |
| 6317 USW Hourly Dues | 0.84 | 37.82 |
| 6400 Miscellaneous-no bal | | 896.71 |
| 7380 Emp-pd Term Life | 2.35 | 96.35 |
| 7440 Long Term Disability | 20.97 | 859.77 |
| **Not Tax Exempt Total** | **35.65** | **2,401.25** |

## TAXES

| Pay Period Taxes | Current Taxes | YTD Taxes |
|---|---|---|
| **Federal** | | |
| Withholding Tax | | 502.65 |
| Social Security Tax | 44.70 | 2,198.21 |
| Medicare Tax | 10.46 | 514.10 |
| **Pennsylvania** | | |
| Withholding Tax | 22.13 | 1,088.50 |
| Unemployment Tax | 0.47 | 23.04 |
| **East Donegal Township** | | |
| Withholding Tax | 3.61 | 177.44 |
| **Lancaster** | | |
| Local Services Tax | 1.00 | 40.00 |
| **Donegal S D** | | |
| Withholding Tax | 3.60 | 177.27 |

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/01/2018 to 10/07/2018
Pay Date: 10/12/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 599.35 | = | 792.21 | + | 0.00 | - | 106.89 | - | 85.97 |

| Pay Period Taxes Total | 85.97 | 4,721.21 |
|---|---|---|
| **W2 Taxable Income** | **Current Taxable** | **YTD Taxable** |
| **Federal** | | |
| Withholding Tax | 720.97 | 34,547.67 |
| Social Security Tax | 720.97 | 35,455.06 |
| Medicare Tax | 720.97 | 35,455.06 |
| **Pennsylvania** | | |
| Withholding Tax | 720.97 | 35,455.06 |
| **East Donegal Township** | | |
| Withholding Tax | 720.97 | 35,455.06 |
| **Donegal S D** | | |
| Withholding Tax | 720.97 | 35,455.06 |

| PAYMENT DETAILS | Bank Name | Bank Acct | Check No | Amount | Currency |
|---|---|---|---|---|---|
| Direct Deposit | MEMBERS 1ST FCU | *7004 | 0074177100274001 | 40.00 | USD |
| Direct Deposit | WELLS FARGO BANK | *7407 | 0074177100274002 | 559.35 | USD |

**IMPORTANT INFORMATION**

*Is your address correct and up-to-date?*
*If not, please contact us at AFIPayrollServices@Armstrongflooring.com*

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/08/2018 to 10/14/2018
Pay Date: 10/19/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 739.69 | = | 966.08 | + | 0.00 | - | 108.53 | - | 113.39 |

## EARNINGS

| Gross Income | Rate | | Hours | Amount | YTD Amount |
|---|---|---|---|---|---|
| 1001 Base Pay | 18.00 | 32.00 | | 576.00 | 32,694.90 |
| 1001 Base Pay | 19.25 | 16.00 | | 308.00 | |
| 1006 Overtime Premium | 9.63 | 8.00 | | 77.04 | 2,844.62 |
| 1060 Shift Differential - Hrly | | | | 3.36 | 407.65 |
| 1067 Shift Diff-Overtime | | | | 1.68 | 50.51 |
| 1225 Vacation Pay - Hourly | | | | | 1,720.04 |
| 1340 Holiday Pay | | | | | 1,318.08 |
| 1365 FLSA OT Calc | | | | | 22.66 |
| 1555 Tax Assist-Reg Tax | | | | | 37.50 |
| 1A17 Per Att Awd Annly Non Dis | | | | | 200.00 |
| **Gross Earnings Total** | | | | **966.08** | **39,295.96** |

| Imputed Income | Amount | YTD Amount |
|---|---|---|
| 1400 Taxable Awd-Discretionary | | 75.00 |
| **Imputed Income Total** | | **75.00** |

## DEDUCTIONS

| Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 7262 HighMark Medical (BT) | 62.08 | 2,631.13 |
| 7446 Hrly Ret Sav-Shlt | | 907.39 |
| 7711 Dental Assist Plan (BT) | 6.23 | 265.12 |
| 7786 VSP Vision (BT) | 2.93 | 124.81 |
| **Tax Exempt Total** | **71.24** | **3,928.45** |

| Not Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 5500 UW Lancaster Ded | | 2.00 |
| 6315 USW Union Dues | 13.01 | 519.98 |
| 6316 USW Lump Sum Union Dues | | 1.63 |
| 6317 USW Hourly Dues | 0.96 | 38.78 |
| 6400 Miscellaneous-no bal | | 896.71 |
| 7380 Emp-pd Term Life | 2.35 | 98.70 |
| 7440 Long Term Disability | 20.97 | 880.74 |
| **Not Tax Exempt Total** | **37.29** | **2,438.54** |

## TAXES

| Pay Period Taxes | Current Taxes | YTD Taxes |
|---|---|---|
| **Federal** | | |
| Withholding Tax | 11.41 | 514.06 |
| Social Security Tax | 55.48 | 2,253.69 |
| Medicare Tax | 12.97 | 527.07 |
| **Pennsylvania** | | |
| Withholding Tax | 27.47 | 1,115.97 |
| Unemployment Tax | 0.58 | 23.62 |
| **East Donegal Township** | | |
| Withholding Tax | 4.48 | 181.92 |
| **Lancaster** | | |
| Local Services Tax | 1.00 | 41.00 |
| **Donegal S D** | | |

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/08/2018 to 10/14/2018
Pay Date: 10/19/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 739.69 | = | 966.08 | + | 0.00 | - | 108.53 | - | 117.86 |

| | | |
|---|---|---|
| Withholding Tax | 4.47 | 181.74 |
| **Pay Period Taxes Total** | **117.86** | **4,839.07** |

| **W2 Taxable Income** | **Current Taxable** | **YTD Taxable** |
|---|---|---|
| **Federal** | | |
| Withholding Tax | 894.84 | 35,442.51 |
| Social Security Tax | 894.84 | 36,349.90 |
| Medicare Tax | 894.84 | 36,349.90 |
| **Pennsylvania** | | |
| Withholding Tax | 894.84 | 36,349.90 |
| **East Donegal Township** | | |
| Withholding Tax | 894.84 | 36,349.90 |
| **Donegal S D** | | |
| Withholding Tax | 894.84 | 36,349.90 |

| **PAYMENT DETAILS** | **Bank Name** | **Bank Acct** | **Check No** | **Amount** | **Currency** |
|---|---|---|---|---|---|
| Direct Deposit | MEMBERS 1ST FCU | *7004 | 0074177100275001 | 40.00 | USD |
| Direct Deposit | WELLS FARGO BANK | *7407 | 0074177100275002 | 699.69 | USD |

**IMPORTANT INFORMATION**

*Is your address correct and up-to-date?*
*If not, please contact us at AFIPayrollServices@Armstrongflooring.com*

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/15/2018 to 10/21/2018
Pay Date: 10/26/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 765.03 | = | 998.63 | + | 0.00 | - | 108.64 | - | 124.96 |

**EARNINGS**

| Gross Income | Rate | | Hours | Amount | YTD Amount |
|---|---|---|---|---|---|
| 1001 Base Pay | 18.00 | 49.25 | | 886.50 | 33,581.40 |
| 1006 Overtime Premium | 9.00 | 10.00 | | 90.00 | 2,934.62 |
| 1060 Shift Differential - Hrly | | | | 20.25 | 427.90 |
| 1067 Shift Diff-Overtime | | | | 1.88 | 52.39 |
| 1225 Vacation Pay - Hourly | | | | | 1,720.04 |
| 1340 Holiday Pay | | | | | 1,318.08 |
| 1365 FLSA OT Calc | | | | | 22.66 |
| 1555 Tax Assist-Reg Tax | | | | | 37.50 |
| 1A17 Per Att Awd Annly Non Dis | | | | | 200.00 |
| **Gross Earnings Total** | | | | **998.63** | **40,294.59** |

| Imputed Income | Amount | YTD Amount |
|---|---|---|
| 1400 Taxable Awd-Discretionary | | 75.00 |
| **Imputed Income Total** | | **75.00** |

**DEDUCTIONS**

| Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 7262 HighMark Medical (BT) | 62.08 | 2,693.21 |
| 7446 Hrly Ret Sav-Shlt | | 907.39 |
| 7711 Dental Assist Plan (BT) | 6.23 | 271.35 |
| 7786 VSP Vision (BT) | 2.93 | 127.74 |
| **Tax Exempt Total** | **71.24** | **3,999.69** |

| Not Tax Exempt | Amount | YTD Amount |
|---|---|---|
| 5500 UW Lancaster Ded | | 2.00 |
| 6315 USW Union Dues | 13.10 | 533.08 |
| 6316 USW Lump Sum Union Dues | | 1.63 |
| 6317 USW Hourly Dues | 0.98 | 39.76 |
| 6400 Miscellaneous-no bal | | 896.71 |
| 7380 Emp-pd Term Life | 2.35 | 101.05 |
| 7440 Long Term Disability | 20.97 | 901.71 |
| **Not Tax Exempt Total** | **37.40** | **2,475.94** |

**TAXES**

| Pay Period Taxes | Current Taxes | YTD Taxes |
|---|---|---|
| **Federal** | | |
| Withholding Tax | 14.66 | 528.72 |
| Social Security Tax | 57.50 | 2,311.19 |
| Medicare Tax | 13.45 | 540.52 |
| **Pennsylvania** | | |
| Withholding Tax | 28.47 | 1,144.44 |
| Unemployment Tax | 0.60 | 24.22 |
| **East Donegal Township** | | |
| Withholding Tax | 4.64 | 186.56 |
| **Lancaster** | | |
| Local Services Tax | 1.00 | 42.00 |
| **Donegal S D** | | |
| Withholding Tax | 4.64 | 186.38 |

Armstrong FLOORING

*Armstrong Flooring Inc*

*Earnings Statement*

Armstrong Flooring, Inc.
2500 Columbia Avenue, P.O. Box 3025
Lancaster, PA 17604
1-866-321-7788

**Name: RENARD A HARRIS**
Employee No: 00741771

Payroll: Lancaster Hrly
Pay Period: 10/15/2018 to 10/21/2018
Pay Date: 10/26/2018

| Net Pay Amount | | Gross Earnings | | Reimbursements | | Deductions | | Taxes |
|---|---|---|---|---|---|---|---|---|
| 765.03 | = | 998.63 | + | 0.00 | - | 108.64 | - | 124.96 |

| **Pay Period Taxes Total** | **124.96** | **4,964.03** |
|---|---|---|
| **W2 Taxable Income** | **Current Taxable** | **YTD Taxable** |
| **Federal** | | |
| Withholding Tax | 927.39 | 36,369.90 |
| Social Security Tax | 927.39 | 37,277.29 |
| Medicare Tax | 927.39 | 37,277.29 |
| **Pennsylvania** | | |
| Withholding Tax | 927.39 | 37,277.29 |
| **East Donegal Township** | | |
| Withholding Tax | 927.39 | 37,277.29 |
| **Donegal S D** | | |
| Withholding Tax | 927.39 | 37,277.29 |

| PAYMENT DETAILS | Bank Name | Bank Acct | Check No | Amount | Currency |
|---|---|---|---|---|---|
| Direct Deposit | MEMBERS 1ST FCU | *7004 | 0074177100276001 | 40.00 | USD |
| Direct Deposit | WELLS FARGO BANK | *7407 | 0074177100276002 | 725.03 | USD |

**IMPORTANT INFORMATION**

*Is your address correct and up-to-date?*
*If not, please contact us at AFIPayrollServices@Armstrongflooring.com*