*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Renard A. Harris

    Debtor(s)

Case No: 18−18000−amc

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/5/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

26
Form 152