United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18000-amc
Renard A. Harris                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: BarbaraS              Page 1 of 2               Date Rcvd: Jul 09, 2019
                               Form ID: 167                Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
```
db             +Renard A. Harris,    57 Rosewood Lane,    Marietta, PA 17547-9700
14241035       +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
14243549       +DITECH FINANCIAL LLC,    c/o KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14241040       +DiTech Financial LLC,    3000 Bayport Drive, Ste. 880,    Tampa, FL 33607-8409
14241041       +East Donegal Township Mun Auth,    190 Rock Point Rd.,    Marietta, PA 17547-9786
14255387       +Impact Receivables Management, LLC,    11104 W. Airport Blvd., Suite 199,
                 Stafford, TX 77477-3072
14241042       +Impact Receivables Mgmt,    11104 W Airport Blvd,    Stafford, TX 77477-3035
14305149       +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road,
                 Wyomissing, PA 19610-1342
14241043       +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
                 Philadelphia, PA 19106-1541
14249060       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14241044       +Lancaster General Health,    P.O. Box 3555,    Lancaster, PA 17604-3555
14241048       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14241049       +Plaza Services, LLC,    Attn: Bankruptcy,    110 Hammond Dr. Ste 110,    Atlanta, GA 30328-4806
14241050      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
14257519        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14314345       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14252911        E-mail/Text: DocumentFiling@lciinc.com Jul 10 2019 03:09:12      13/7, LLC,    PO BOX 1931,
                 Burlingame, CA 94011
14241036        E-mail/Text: REPO@CARVANT.COM Jul 10 2019 03:09:13      Carvant Financial Llc,
                 6851 Jericho Tpke Ste 245,    Syosset, NY 11791
14241037       +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 10 2019 03:09:48       Collection Center,
                 Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
14241038       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 10 2019 03:18:35      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14267787       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2019 03:19:01       Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14241039       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 10 2019 03:09:18       Ditech,    Attn: Bankruptcy,
                 P O Box 6172,    Rapid City, SD 57709-6172
14271712        E-mail/Text: bankruptcy.bnc@ditech.com Jul 10 2019 03:09:18       Ditech Financial LLC,,
                 PO Box 6154,    Rapid City SD, 57709-6154
14251830        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2019 03:08:14      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14254238       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2019 03:09:31       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14241045       +E-mail/Text: unger@members1st.org Jul 10 2019 03:09:47       Members 1st FCU,
                 Attn: Bankruptcy Dept,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
14241046       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2019 03:09:31       Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14241047       +E-mail/Text: bankruptcy@moneylion.com Jul 10 2019 03:09:45       Moneylion,
                 Attn: Bankruptcy Dept,    P.O. Box 1547,    Sandy, UT 84091-1547
14241034        E-mail/PDF: cbp@onemainfinancial.com Jul 10 2019 03:07:21      American General Financial,
                 Springleaf Financial/Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731
14241051       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 10 2019 03:09:12
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 167                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Renard A. Harris jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Renard A. Harris
    Debtor(s)

Case No: 18−18000−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

Hearing rescheduled from 8/1/19.

    on: 9/5/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 7/9/19

Timothy B. McGrath
Clerk of Court

27 − 19
Form 167