UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  RENARD A. HARRIS,                    :  Case No.  18-18000
           debtor                          :  Chapter 13

**ADDENDUM TO AMENDED CHAPTER 13 PLAN**

       This Addendum to First Amended Chapter 13 Plan filed May 15, 2019 is filed to correct an underfunding issue as follows:

       In addition to the Plan payments proposed, the Debtor will pay to the Chapter 13 Trustee an additional payment or payments totaling $92.14 into the Amended Chapter 13 Plan prior to the end of the term of the Plan.

Dated:  9/3/19

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -f ax
        Attorney for Debtor