*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Renard A. Harris
    Debtor(s)

Case No: 18−18000−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor DITECH FINANCIAL LLC Filed by Renard A. Harris.

**Hearing Date and Location Changed**

    on: 2/27/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court