United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18000-amc
Renard A. Harris                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2            Date Rcvd: Feb 06, 2020
                              Form ID: 167             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
```
db          +Renard A. Harris,    57 Rosewood Lane,    Marietta, PA 17547-9700
14241035    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
              Lancaster, PA 17601-4890
14243549    +DITECH FINANCIAL LLC,    c/o KML Law Group, P.C.,    701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
14241040    +DiTech Financial LLC,    3000 Bayport Drive, Ste. 880,    Tampa, FL 33607-8409
14241041    +East Donegal Township Mun Auth,    190 Rock Point Rd.,   Marietta, PA 17547-9786
14255387    +Impact Receivables Management, LLC,    11104 W. Airport Blvd., Suite 199,
              Stafford, TX 77477-3072
14241042    +Impact Receivables Mgmt,    11104 W Airport Blvd,    Stafford, TX 77477-3035
14305149    +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road,
              Wyomissing, PA 19610-1342
14241043    +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
              Philadelphia, PA 19106-1541
14249060    +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,   P.O. Box 800849,
              Dallas, TX 75380-0849
14241044    +Lancaster General Health,    P.O. Box 3555,    Lancaster, PA 17604-3555
14241048    +Penn Credit,   Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14241050   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
              Cedar Rapids, IA 52409)
14257519     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
14314345    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14252911      E-mail/Text: DocumentFiling@lciinc.com Feb 07 2020 03:16:56     13/7, LLC,   PO BOX 1931,
              Burlingame, CA 94011
14241036      E-mail/Text: REPO@CARVANT.COM Feb 07 2020 03:16:57     Carvant Financial Llc,
              6851 Jericho Tpke Ste 245,    Syosset, NY 11791
14241037     +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Feb 07 2020 03:18:43     Collection Center,
              Attn Collections/Bankruptcy,    Po Box 8666,   Lancaster, PA 17604-8666
14241038     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 07 2020 03:13:35     Credit One Bank,
              Attn: Bankruptcy,    Po Box 98873,   Las Vegas, NV 89193-8873
14267787     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2020 03:14:04     Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14241039     +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 03:17:35     Ditech,   Attn: Bankruptcy,
              P O Box 6172,    Rapid City, SD 57709-6172
14271712      E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 03:17:35     Ditech Financial LLC,,
              PO Box 6154,    Rapid City SD, 57709-6154
14251830      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:14:30     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14254238     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2020 03:18:05     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14241045     +E-mail/Text: unger@members1st.org Feb 07 2020 03:18:42     Members 1st FCU,
              Attn: Bankruptcy Dept,    5000 Louise Drive,   Mechanicsburg, PA 17055-4899
14241046     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2020 03:18:05     Midland Funding,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14241047     +E-mail/Text: bankruptcy@moneylion.com Feb 07 2020 03:18:39     Moneylion,
              Attn: Bankruptcy Dept,    P.O. Box 1547,   Sandy, UT 84091-1547
14241049      E-mail/Text: info@plazaservicesllc.com Feb 07 2020 03:16:59     Plaza Services, LLC,
              Attn: Bankruptcy,    110 Hammond Dr. Ste 110,   Atlanta, GA 30328
14241034      E-mail/PDF: cbp@onemainfinancial.com Feb 07 2020 03:14:19     American General Financial,
              Springleaf Financial/Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731
14241051     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 07 2020 03:16:55
              Verizon Wireless,    Attn: Verizon Wireless Bankruptcy,   500 Technology Dr, Ste 550,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR              Page 2 of 2            Date Rcvd: Feb 06, 2020
                              Form ID: 167             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Renard A. Harris jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Renard A. Harris
    Debtor(s)                            Case No: 18–18000–amc
                                                 Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor DITECH FINANCIAL LLC Filed by Renard A. Harris.

**Hearing Date and Location Changed**

    on: 2/27/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

                                                       For The Court

Date: 2/6/20                                       Timothy B. McGrath
                                                      Clerk of Court