# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Renard A. Harris<br>　　　　　　　　　Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br>Renard A. Harris<br>　　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-18000 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default filed on behalf of Ditech Financial LLC[1], which was filed with the Court on or about **January 10, 2020 as document number 48**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　Main: 215-627-1322 / Fax: 215-627-7734

February 27, 2020

---

[1] This loan has recently transferred to NewRez LLC d/b/a Shellpoint Mortgage Servicing, and a Transfer of Claim will be filed shortly.