United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Renard A. Harris  
    Debtor

Case No. 18-18000-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: JEGilmore      Page 1 of 1      Date Rcvd: Mar 03, 2020  
                            Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14271712        E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2020 03:20:23     Ditech Financial LLC,,  
         PO Box 6154,   Rapid City SD, 57709-6154  
                                                                                                                                                                                          TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:  
        HAROLD N. KAPLAN   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         hkaplan@rasnj.com  
        JOHN A. DIGIAMBERARDINO   on behalf of Debtor Renard A. Harris jad@cdllawoffice.com,  
         dmk@cdllawoffice.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         bkgroup@kmllawgroup.com  
        ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfmail@FredReigleCh13.com,  
         ECF_FRPA@Trustee13.com  
                                                                                                                                                                              TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-18000-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Renard A. Harris
57 Rosewood Lane
Marietta PA 17547

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: Ditech Financial LLC,, PO Box 6154, Rapid City SD, 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/05/20

Tim McGrath
**CLERK OF THE COURT**