UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  RENARD A. HARRIS,                                : Case No.  18-18000
        debtor                                                      : Chapter 13

## CERTIFICATE OF NO OPPOSITION

    I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Modify Plan Post-confirmation and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date:  5/18/20

                              **CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Rd., Ste. 101
        Wyomissing, PA  19610
        (610)  372-9900
        (610) 372-5469 - fax
        Attorney for debtor