UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  RENARD A. HARRIS,  : Case No.  18-18000
        debtor  : Chapter 13

## **ORDER**

Upon consideration of the Motion to Modify Debtor's Plan Post-Confirmation and with the consent of the Chapter 13 Trustee, it is Ordered that the Debtor's Motion to Modify Plan Post-Confirmation is granted.  The Debtor's Modified Chapter 13 Plan attached to the Debtor's Motion to Modify Debtor's Plan Post-Confirmation dated April 24, 2020 as Exhibit "A" is approved and confirmed.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 21, 2020**  _____
                                                                                  J.