UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  RENARD A. HARRIS,  : Case No. 18-18000
      debtor  : Chapter 13

### CERTIFICATION OF NO OBJECTION FILED

    I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Supplemental Application for Allowance of Counsel Fees is uncontested.

Dated: 6/19/20            **CASE & DIGIAMBERARDINO, P.C.**

                By:      s/John A. DiGiamberardino, Esquire
                          Attorney I.D. #41268
                          845 N. Park Road, Ste. 101
                          Wyomissing, PA 19610
                          (610) 372-9900
                          (610) 372-5469 -fax
                          Attorney for Debtor