| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-18000-PMM

RENARD A  HARRIS  
57 ROSEWOOD LANE  
MARIETTA  PA   17547

Petition Filed Date: 12/03/2018  
341 Hearing Date: 01/22/2019  
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $380.00 | | 02/05/2019 | $380.00 | | 03/04/2019 | $190.00 | |
| 03/11/2019 | $190.00 | | 04/22/2019 | $300.00 | | 05/06/2019 | $150.00 | |
| 05/20/2019 | $315.00 | | 06/10/2019 | $200.00 | | 07/29/2019 | $386.00 | |
| 11/25/2019 | $250.00 | | 07/10/2020 | $460.00 | | 07/17/2020 | $200.00 | |

**Total Receipts for the Period: $3,401.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,401.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC<br>»» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC<br>»» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC<br>»» 004 | Secured Creditors | $7,095.55 | $0.00 | $7,095.55 |
| 9 | NEWREZ LLC  D/B/A<br>»» 009 | Mortgage Arrears | $16,396.28 | $0.00 | $16,396.28 |
| 12 | EAST DONEGAL TOWNSHIP MUN AUTH<br>»» 012 | Secured Creditors | $1,494.60 | $0.00 | $1,494.60 |
| 11 | US DEPT OF HUD<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL<br>»» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Unsecured Creditors | $11,610.71 | $0.00 | $11,610.71 |
| 10 | CASE & DIGIAMBERARDINO PC<br>»» 010 | Attorney Fees | $4,000.00 | $2,918.71 | $1,081.29 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $0.00 | $750.00 |

**Chapter 13 Case No. 18-18000-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,401.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $2,918.71 | Arrearages: | $1,160.00 |
| Paid to Trustee: | $302.29 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.