Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-18000-PMM**

RENARD A  HARRIS
57 ROSEWOOD LANE
MARIETTA  PA    17547

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/22/2019
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/10/2020 | $460.00 | | 07/17/2020 | $200.00 | | 08/28/2020 | $600.00 | |
| 09/15/2020 | $600.00 | | 10/20/2020 | $100.00 | | 11/17/2020 | $400.00 | |
| 11/20/2020 | $300.00 | | 01/11/2021 | $1,500.00 | | 03/26/2021 | $1,000.00 | |
| 05/24/2021 | $250.00 | | | | | | | |

**Total Receipts for the Period: $5,410.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,151.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC »» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC »» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC »» 004 | Secured Creditors | $7,095.55 | $773.19 | $6,322.36 |
| 9 | NEWREZ LLC  D/B/A »» 009 | Mortgage Arrears | $16,396.28 | $1,786.66 | $14,609.62 |
| 12 | EAST DONEGAL TOWNSHIP MUN AUTH »» 012 | Secured Creditors | $1,494.60 | $149.40 | $1,345.20 |
| 11 | US DEPT OF HUD »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL »» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $11,610.71 | $0.00 | $11,610.71 |
| 10 | CASE & DIGIAMBERARDINO PC »» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**Chapter 13 Case No. 18-18000-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,151.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $7,459.25 | Arrearages: | $960.00 |
| Paid to Trustee: | $678.29 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $13.46 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.