IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        Bankruptcy No. 18-18000-pmm
RENAUD A. HARRIS,              :
    Debtor.                       :        Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Renaud A. Harris, Debtor, has filed a Motion to Reconsider Dismissal with the Court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then **on or before March 27, 2022**, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Gateway Building
        201 Penn Street, Suite 400
        Reading PA 19601
        Phone: 610-208-5040

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Stephen M. Otto, Esquire
        Law Office of Stephen M. Otto, LLC
        833 N. Park Rd., Ste. 206
        Wyomissing, PA  19610
        Phone: 484-220-0481/Fax: 484-866-8973

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Thursday, March 31, 2021 at 11:00 A.M.** via Telephone Conference at 888-636-3807, access code 4954493.

      4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 10, 2022      By:    /s/Stephen M. Otto
      Stephen M. Otto, Esquire
      Attorney ID #82463
      833 N. Park Rd., Ste. 206
      Wyomissing, PA  19610
      Ph:  484-220-0481
      Fx:  484-866-8973
      Email:  steve@sottolaw.com
      Attorney for Debtor