IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-18000-pmm |
| RENAUD A. HARRIS, | : | |
|     Debtor. | : | Chapter 13 |

### ORDER VACATING ORDER DISMISSING CASE

AND NOW, this __2nd__ day of __April_____, 2022, it is hereby ORDERED that the Court's Order entered on February 24, 2022 is VACATED. The Chapter 13 Case is hereby reinstated and shall continue as of course.

BY THE COURT:

_/s/ Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE