United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-18000-pmm
Renard A. Harris     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 04, 2022     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renard A. Harris, 57 Rosewood Lane, Marietta, PA 17547-9700 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14241035 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 14243549 | + | DITECH FINANCIAL LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14241040 | + | DiTech Financial LLC, 3000 Bayport Drive, Ste. 880, Tampa, FL 33607-8409 |
| 14241039 | + | Ditech, Attn: Bankruptcy, P O Box 6172, Rapid City, SD 57709-6172 |
| 14271712 | | Ditech Financial LLC,, PO Box 6154, Rapid City SD, 57709-6154 |
| 14241041 | + | East Donegal Township Mun Auth, 190 Rock Point Rd., Marietta, PA 17547-9786 |
| 14255387 | + | Impact Receivables Management, LLC, 11104 W. Airport Blvd., Suite 199, Stafford, TX 77477-3072 |
| 14241042 | + | Impact Receivables Mgmt, 11104 W Airport Blvd, Stafford, TX 77477-3035 |
| 14305149 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Wyomissing, PA 19610-1342 |
| 14241043 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14249060 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14241044 | + | Lancaster General Health, P.O. Box 3555, Lancaster, PA 17604-3555 |
| 14241048 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2022 23:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2022 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14252911 | + | Email/Text: documentfiling@lciinc.com | Apr 04 2022 23:22:00 | 13/7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14241036 | | Email/Text: REPO@CARVANT.COM | Apr 04 2022 23:22:00 | Carvant Financial Llc, 6851 Jericho Tpke Ste 245, Syosset, NY 11791 |
| 14241037 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Apr 04 2022 23:22:00 | Collection Center, Attn Collections/Bankruptcy, Po Box 8666, Lancaster, PA 17604-8666 |
| 14241038 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2022 23:30:14 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14267787 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2022 23:30:18 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 14251830 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2022 23:30:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14254238 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:22:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14241045 | + | Email/Text: unger@members1st.org | Apr 04 2022 23:22:00 | Members 1st FCU, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14241046 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:22:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14241047 | + | Email/Text: bankruptcy@moneylion.com | Apr 04 2022 23:22:00 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14476623 | | Email/Text: mtgbk@shellpointmtg.com | Apr 04 2022 23:22:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14241049 | | Email/Text: info@plazaservicesllc.com | Apr 04 2022 23:22:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Ste 110, Atlanta, GA 30328 |
| 14241034 | | Email/PDF: cbp@onemainfinancial.com | Apr 04 2022 23:30:18 | American General Financial, Springleaf Financial/Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731 |
| 14241050 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2022 23:22:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14257519 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2022 23:30:18 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14314345 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 04 2022 23:30:18 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14241051 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2022 23:22:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 38 |

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Renard A. Harris steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-18000-pmm |
| RENAUD A. HARRIS, | : | |
| Debtor. | : | Chapter 13 |

## ORDER VACATING ORDER DISMISSING CASE

AND NOW, this __2nd__ day of __April__, 2022, it is hereby ORDERED that the Court's Order entered on February 24, 2022 is VACATED. The Chapter 13 Case is hereby reinstated and shall continue as of course.

BY THE COURT:

_/s/ Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE