| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-18000-PMM

RENARD A HARRIS  
57 ROSEWOOD LANE  
MARIETTA  PA   17547

Petition Filed Date: 12/03/2018  
341 Hearing Date: 01/22/2019  
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/2021 | $250.00 | | 06/28/2021 | $275.00 | | 08/06/2021 | $200.00 | |
| 08/23/2021 | $260.00 | | 09/22/2021 | $1,200.00 | | 10/29/2021 | $300.00 | |
| 11/04/2021 | $475.00 | | 01/07/2022 | $150.00 | | 02/28/2022 | $250.00 | |
| 03/08/2022 | $1,900.00 | | 04/29/2022 | $475.00 | | 06/07/2022 | $250.00 | |
| 06/27/2022 | $275.00 | | 07/19/2022 | $100.00 | | | | |

**Total Receipts for the Period: $6,360.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,261.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC »» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC »» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC »» 004 | Secured Creditors | $7,095.55 | $2,358.48 | $4,737.07 |
| 9 | NEWREZ LLC  D/B/A »» 009 | Mortgage Arrears | $16,396.28 | $5,449.95 | $10,946.33 |
| 12 | EAST DONEGAL TOWNSHIP MUN AUTH »» 012 | Secured Creditors | $1,494.60 | $496.79 | $997.81 |
| 11 | US DEPT OF HUD »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL »» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $11,610.71 | $0.00 | $11,610.71 |
| 10 | CASE & DIGIAMBERARDINO PC »» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-18000-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,261.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $13,055.22 | Arrearages: | $1,220.00 |
| Paid to Trustee: | $1,205.78 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.