| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-18000-PMM**

RENARD A  HARRIS
57 ROSEWOOD LANE
MARIETTA  PA    17547

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/22/2019
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $360.00 | | 09/06/2022 | $252.00 | | 09/23/2022 | $455.00 | |
| 10/24/2022 | $300.00 | | 11/09/2022 | $200.00 | | 11/21/2022 | $300.00 | |
| 11/28/2022 | $100.00 | | 12/30/2022 | $125.00 | | 01/17/2023 | $200.00 | |
| 02/06/2023 | $1,100.00 | | 02/16/2023 | $125.00 | | 02/24/2023 | $200.00 | |
| 03/09/2023 | $150.00 | | 03/30/2023 | $120.00 | | 04/13/2023 | $250.00 | |
| 04/24/2023 | $150.00 | | 05/05/2023 | $200.00 | | 05/12/2023 | $290.00 | |
| 05/22/2023 | $125.00 | | 05/30/2023 | $200.00 | | 06/08/2023 | $250.00 | |
| 06/15/2023 | $200.00 | | 07/06/2023 | $200.00 | | 07/12/2023 | $200.00 | |
| 07/24/2023 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $6,252.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,638.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC <br> »» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC <br> »» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR <br> »» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC <br> »» 004 | Secured Creditors | $7,095.55 | $3,933.75 | $3,161.80 |
| 9 | NEWREZ LLC  D/B/A <br> »» 009 | Mortgage Arrears | $16,396.28 | $9,090.06 | $7,306.22 |
| 12 | EAST DONEGAL TOWNSHIP MUN AUTH <br> »» 012 | Secured Creditors | $1,494.60 | $766.58 | $728.02 |
| 11 | US DEPT OF HUD <br> »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL <br> »» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |
| 2 | LVNV FUNDING LLC <br> »» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |
| 7 | TOYOTA MOTOR CREDIT CORP <br> »» 007 | Unsecured Creditors | $11,610.71 | $0.00 | $11,610.71 |
| 10 | CASE & DIGIAMBERARDINO PC <br> »» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-18000-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,638.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $18,540.39 | Arrearages: | $303.00 |
| Paid to Trustee: | $1,739.83 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $357.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.