| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 18-18000-PMM**

RENARD A HARRIS
57 ROSEWOOD LANE
MARIETTA  PA    17547

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/22/2019
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $125.00 | | 08/28/2023 | $100.00 | | 09/08/2023 | $100.00 | |
| 09/19/2023 | $125.00 | | 09/29/2023 | $125.00 | | 10/19/2023 | $125.00 | |
| 11/01/2023 | $200.00 | | 11/13/2023 | $125.00 | | 11/27/2023 | $150.00 | |
| 12/14/2023 | $150.00 | | 12/22/2023 | $150.00 | | 01/02/2024 | $125.00 | |
| 01/05/2024 | $125.00 | | 01/12/2024 | $150.00 | | 01/25/2024 | $125.00 | |
| 02/13/2024 | $150.00 | | 02/15/2024 | $125.00 | | 02/23/2024 | $150.00 | |
| 03/07/2024 | $150.00 | | 03/14/2024 | $150.00 | | 03/21/2024 | $125.00 | |
| 03/28/2024 | $125.00 | | 04/04/2024 | $125.00 | | 04/12/2024 | $125.00 | |
| 04/24/2024 | $150.00 | | 05/02/2024 | $150.00 | | 05/20/2024 | $125.00 | |
| 05/24/2024 | $100.00 | | 05/31/2024 | $150.00 | | 06/07/2024 | $150.00 | |
| 06/13/2024 | $150.00 | | 06/21/2024 | $125.00 | | 06/27/2024 | $150.00 | |
| 07/08/2024 | $125.00 | | 07/11/2024 | $150.00 | | 07/18/2024 | $125.00 | |
| 07/25/2024 | $150.00 | | | | | | | |

**Total Receipts for the Period: $5,025.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,083.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC<br>»» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC<br>»» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC<br>»» 004 | Secured Creditors | $7,095.55 | $5,386.37 | $1,709.18 |
| 9 | NEWREZ LLC  D/B/A<br>»» 009 | Mortgage Arrears | $16,396.28 | $12,446.72 | $3,949.56 |
| 12 | EAST DONEGAL SEWER AUTHORITY<br>»» 012 | Secured Creditors | $1,494.60 | $1,134.59 | $360.01 |
| 11 | US DEPT OF HUD<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL<br>»» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |

**Chapter 13 Case No. 18-18000-PMM**

| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $11,610.71 | $0.00 | $11,610.71 |
| 10 | CASE & DIGIAMBERARDINO PC »» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,083.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $23,717.68 | Arrearages: | $318.00 |
| Paid to Trustee: | $2,279.82 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $85.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.