**Carvant Financial**

Carvant Financial LLC
6851 Jericho Turnpike, Suite 245
Syosset, NY  11791

P 516.750.4490
www.carvant.com

April 14, 2025

Bankruptcy Clerks Office
400 Washington St. #300
Reading, PA 19601



Re: Chapter 13 case# 18-18000
Renard Harris
Account# 1000287061

To Whom It May Concern,

We are the lienholder for Mr. Renard Harris' 2010 Chevrolet Malibu, VIN #113614. This letter serves as formal notification that the loan associated with this vehicle has been paid in full.

In accordance with instructions from both the trustee and the attorney, we are notifying the court directly. We respectfully request that all future disbursements to Carvant Financial be discontinued.

For your reference, please find attached the payment history reflecting a zero balance on the account.

Should you require any additional information or documentation, please do not hesitate to contact our office.

Sincerely,
Carvant Financial
SERVICE@CARVANT.COM

Customer Name : HARRIS, RENARD
Customer Number : 1000287061

| TR | INDT | PMTDT | CONTR | Tendered | Payment | Princ | Int | Fee | Balance | Add Charge | Balance W Add | Source | EMP | NFS Today | Late | Misc | Misc Code | Memo | L/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | 3/26/2025 | 3/26/2025 | 2/9/2021 | 167.97 | 30.07 | 30.07 | 0.00 | 69.32 | 0.00 | 0.00 | 0.00 | CO / M | LFER | 0.00 | 69.32 | 68.58 | OP | E=LFER D=99 PD=1506 ~ SCOTT F. WATERMAN, CH 13 TRUSTEE - READING PA | 88.6 |
| RG | 2/27/2025 | 2/27/2025 | 2/9/2021 | 96.91 | 96.91 | 96.91 | 0.00 | 0.00 | 30.07 | 0.00 | 30.07 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1479 ~ SCOTT F. WATERMAN, CH 13 TRUSTEE | 1521.8 |
| RG | 1/23/2025 | 1/23/2025 | 2/9/2021 | 129.21 | 129.21 | 129.21 | 0.00 | 0.00 | 126.98 | 0.00 | 126.98 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1475 ~ SCOTT WATERMAN, CH 13 TRUSTEE | 1231.07 |
| RG | 12/26/2024 | 12/26/2024 | 1/9/2021 | 206.74 | 206.74 | 206.74 | 0.00 | 0.00 | 256.19 | 0.00 | 256.19 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1478 ~ SCOTT WATERMAN, CH 13 TRUSTEE - READING | 93.8 |
| RG | 11/22/2024 | 11/22/2024 | 12/9/2020 | 142.13 | 142.13 | 142.13 | 0.00 | 0.00 | 462.93 | 0.00 | 462.93 | CO / M | CHAM | 0.00 | 0.00 | 0.00 | | E=CHAM D=99 PD=1444 ~ SCOTT F WATERMAN CHAP 13 TRUSTEE | |
| RG | 10/21/2024 | 10/21/2024 | 12/9/2020 | 64.60 | 64.60 | 64.60 | 0.00 | 0.00 | 605.06 | 0.00 | 605.06 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1412 ~ SCOTT WATERMAN, CH 13 TRUSTEE | 29.18 |
| RG | 9/26/2024 | 9/26/2024 | 12/9/2020 | 139.29 | 139.29 | 139.29 | 0.00 | 0.00 | 669.66 | 0.00 | 669.66 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1417 ~ SCOTT WATERMAN, CH 13 TRUSTEE | |
| RG | 8/21/2024 | 8/21/2024 | 11/9/2020 | 153.35 | 153.35 | 153.35 | 0.00 | 0.00 | 808.95 | 0.00 | 808.95 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1381 ~ SCOTT WATERMAN, STANDING CH 13 TRUSTEE READING | 1793.58 |
| RG | 7/24/2024 | 7/24/2024 | 11/9/2020 | 172.52 | 172.52 | 172.52 | 0.00 | 0.00 | 962.30 | 0.00 | 962.30 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1384 ~ SCOTT WATERMAN, CH 13 TRUSTEE | 261.8 |
| RG | 6/27/2024 | 6/27/2024 | 10/9/2020 | 140.57 | 140.57 | 140.57 | 0.00 | 0.00 | 1,134.82 | 0.00 | 1,134.82 | CO / M | LFER | 0.00 | 0.00 | 0.00 | | E=LFER D=99 PD=1357 ~ SCOTT F. WATERMAN, CH 13 TRUSTEE | 1419.9 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | 5/30/2024 | 5/30/2024 | 108.62 | 108.62 | 108.62 | 0.00 | 1,275.39 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1359 ~ SCOTT WATERMAN, CH 13 TRUSTEE - READING | 3.42 |
| RG | 4/26/2024 | 5/15/2024 | 127.79 | 127.79 | 127.79 | 0.00 | 1,384.01 | CC / NCSH | JCO1 | 0.00 | 0.00 | 0.00 | E=JCO1 D=99 PD=1325 ~ POST CORRECT ALLOCATION | 18.33 |
| PV | 3/20/2024 | 5/15/2024 | -337.07 | -337.07 | -337.07 | 0.00 | 1,511.80 | CO / M | JCO1 | 0.00 | 0.00 | 0.00 | VOID.JCO1-MISPOST | 57.67 |
| RG | 4/26/2024 | 10/9/2020 | 337.07 | 337.07 | 337.07 | 0.00 | 1,174.73 | CO / M | STOL | 0.00 | 0.00 | 0.00 | E=STOL D=99 PD=1325 ~ SCOTT WATERMAN, CH 13 TRUSTEE | 104.08 |
| RG | 3/20/2024 | 9/9/2020 | 115.01 | 115.01 | 115.01 | 0.00 | 1,511.80 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1319 ~ SCOTT F. WATERMAN, CH 13 TRUSTEE | 57.67 |
| RG | 2/26/2024 | 8/9/2020 | 102.23 | 102.23 | 102.23 | 0.00 | 1,626.81 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1296 ~ SCOTT WATERMAN, CH 13 TRUSTEE | 232.06 |
| RG | 1/24/2024 | 8/9/2020 | 140.57 | 140.57 | 140.57 | 0.00 | 1,729.04 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1263 ~ SCOTT WATERMAN, CH 13 TRUSTEE READING | 209.96 |
| RG | 12/22/2023 | 8/9/2020 | 76.67 | 76.67 | 76.67 | 0.00 | 1,869.61 | CO / M | CHAM | 0.00 | 0.00 | 0.00 | E=CHAM D=99 PD=1261 ~ SCOTT F WATERMAN TRUSTEE | |
| RG | 11/22/2023 | 7/9/2020 | 83.06 | 83.06 | 83.06 | 0.00 | 1,946.28 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1231 ~ SCOTT F. WATERMAN CH 13 TRUSTEE | 55.52 |
| RG | 10/26/2023 | 7/9/2020 | 64.25 | 64.25 | 64.25 | 0.00 | 2,029.34 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1204 ~ SCOTT WATERMAN STANDING CH 13 TRUSTEE | 41.96 |
| RG | 9/28/2023 | 7/9/2020 | 83.99 | 83.99 | 83.99 | 0.00 | 2,093.59 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1176 ~ SCOTT WATERMAN, CH 13 TRUSTEE - READING | |
| RG | 8/23/2023 | 7/9/2020 | 83.99 | 83.99 | 83.99 | 0.00 | 2,177.58 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1170 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | -28.43 |
| RG | 7/26/2023 | 6/9/2020 | 103.37 | 103.37 | 103.37 | 0.00 | 2,261.57 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1142 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 17.78 |
| RG | 6/23/2023 | 6/9/2020 | 200.27 | 200.27 | 200.27 | 0.00 | 2,364.94 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1140 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 73.92 |
| RG | 5/24/2023 | 5/9/2020 | 165.39 | 165.39 | 165.39 | 0.00 | 2,565.21 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1110 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 163.65 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | 4/26/2023 | 5/9/2020 | 95.96 | 95.96 | 95.96 | 0.00 | 0.00 | 2,730.60 | 0.00 | 2,730.60 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1112 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | -1.64 |
| RG | 3/22/2023 | 4/9/2020 | 91.44 | 91.44 | 91.44 | 0.00 | 0.00 | 2,826.56 | 0.00 | 2,826.56 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1077 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 192.43 |
| RG | 2/24/2023 | 4/9/2020 | 320.04 | 320.04 | 320.04 | 0.00 | 0.00 | 2,918.00 | 0.00 | 2,918.00 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1082 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 100.09 |
| RG | 1/25/2023 | 3/9/2020 | 84.91 | 84.91 | 84.91 | 0.00 | 0.00 | 3,238.04 | 0.00 | 3,238.04 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1052 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 70.8 |
| RG | 12/21/2022 | 3/9/2020 | 104.50 | 104.50 | 104.50 | 0.00 | 0.00 | 3,322.95 | 0.00 | 3,322.95 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1046 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | -133. |
| RG | 11/25/2022 | 2/9/2020 | 130.63 | 130.63 | 130.63 | 0.00 | 0.00 | 3,427.45 | 0.00 | 3,427.45 | CO / M | CHAM | 0.00 | 0.00 | 0.00 | E=CHAM D=99 PD=1020 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 171.9 |
| RG | 10/27/2022 | 2/9/2020 | 118.87 | 118.87 | 118.87 | 0.00 | 0.00 | 3,558.08 | 0.00 | 3,558.08 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=1022 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | |
| RG | 9/28/2022 | 1/9/2020 | 65.84 | 65.84 | 65.84 | 0.00 | 0.00 | 3,676.95 | 0.00 | 3,676.95 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=993 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 212. |
| RG | 8/24/2022 | 1/9/2020 | 94.05 | 94.05 | 94.05 | 0.00 | 0.00 | 3,742.79 | 0.00 | 3,742.79 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=958 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 146. |
| RG | 7/27/2022 | 1/9/2020 | 97.97 | 97.97 | 97.97 | 0.00 | 0.00 | 3,836.84 | 0.00 | 3,836.84 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=961 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 52.24 |
| RG | 6/30/2022 | 12/9/2019 | 65.31 | 65.31 | 65.31 | 0.00 | 0.00 | 3,934.81 | 0.00 | 3,934.81 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=934 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 244. |
| RG | 5/20/2022 | 12/9/2019 | 124.10 | 124.10 | 124.10 | 0.00 | 0.00 | 4,000.12 | 0.00 | 4,000.12 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=893 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 178. |
| RG | 4/27/2022 | 12/9/2019 | 561.71 | 561.71 | 561.71 | 0.00 | 0.00 | 4,124.22 | 0.00 | 4,124.22 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=931 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 54.8 |
| RG | 1/27/2022 | 10/9/2019 | 39.19 | 39.19 | 39.19 | 0.00 | 0.00 | 4,685.93 | 0.00 | 4,685.93 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=841 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA | 73.2 |

| Code | Date 1 | Date 2 | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Amt 5 | Amt 6 | Col A | Col B | Amt 7 | Amt 8 | Amt 9 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | 11/26/2021 | 11/26/2021 | 202.47 | 202.47 | 202.47 | 0.00 | 0.00 | 4,725.12 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=809 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 9/29/2021 | 10/9/2019 | 373.14 | 373.14 | 373.14 | 0.00 | 0.00 | 4,927.59 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=782 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 8/26/2021 | 9/9/2019 | 51.12 | 51.12 | 51.12 | 0.00 | 0.00 | 5,300.73 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=748 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 7/29/2021 | 8/9/2019 | 70.28 | 70.28 | 70.28 | 0.00 | 0.00 | 5,351.85 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=751 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 5/28/2021 | 8/9/2019 | 63.89 | 63.89 | 63.89 | 0.00 | 0.00 | 5,422.13 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=689 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 4/29/2021 | 7/9/2019 | 264.10 | 264.10 | 264.10 | 0.00 | 0.00 | 5,486.02 | CO / M | CHAM | 0.00 | 0.00 | 0.00 | E=CHAM D=99 PD=690 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 1/29/2021 | 7/9/2019 | 396.15 | 396.15 | 396.15 | 0.00 | 0.00 | 5,750.12 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=631 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| RG | 12/28/2020 | 6/9/2019 | 49.05 | 49.05 | 49.05 | 0.00 | 0.00 | 6,146.27 | CO / M | LFER | 0.00 | 0.00 | 0.00 | E=LFER D=99 PD=599 ~ SCOTT WATERMAN CH 13 TRUSTEE - READING, PA |
| GI | 11/29/2019 | 5/9/2019 | | | 495.00 | 0.00 | 0.00 | 0.00 | | JCOH | | | | P187 |
| CO | 11/29/2019 | 5/9/2019 | | 6,195.32 | | 6,195.32 | 0.00 | 6,195.32 | | JCOH | | | | CO/20.99/0 |
| LF | 11/20/2019 | 5/9/2019 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 10/20/2019 | 5/9/2019 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 9/20/2019 | 5/9/2019 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 8/20/2019 | 5/9/2019 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 7/20/2019 | 5/9/2019 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| AJ | 6/28/2019 | 5/9/2019 | | 0.00 | 0.00 | | 6,195.32 | 6,195.32 | | RMIC | | 0.00 | 0.00 | BK REAGE PER TRUSTEE PMTS IN JULY |
| LF | 6/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 5/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 4/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 3/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 2/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |
| LF | 1/20/2019 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 5.80 | 6,195.32 | 6,195.32 | C / I | 2 | 0.00 | 5.80 | 0.00 | LATE FEE ASSESSMENT |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LF | 11/16/2018 | 12/20/2018 | 11/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.52 | 6,195.32 | 0.00 | 6,195.32 | 2 | C/I | 5.52 | 0.00 | | LATE FEE ASSESSMENT | 14.00 |
| RG | 11/16/2018 | 11/16/2018 | 11/9/2018 | 156.00 | 138.64 | 113.24 | 25.40 | 11.36 | 6,195.32 | 0.00 | 6,195.32 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 38 | 16.00 |
| RG | 11/9/2018 | 11/9/2018 | 10/9/2018 | 166.00 | 160.00 | 18.11 | 141.89 | 0.00 | 6,308.56 | 0.00 | 6,308.56 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 31 | 6.00 |
| LF | 10/1/2018 | 10/20/2018 | 10/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.68 | 6,326.67 | 0.00 | 6,326.67 | 2 | C/I | 5.68 | 0.00 | | LATE FEE ASSESSMENT | 6.00 |
| RG | 10/1/2018 | 10/1/2018 | 10/9/2018 | 146.00 | 140.00 | 114.07 | 25.93 | 0.00 | 6,326.67 | 0.00 | 6,326.67 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 22 | 156.00 |
| RG | 9/24/2018 | 9/24/2018 | 9/9/2018 | 156.00 | 150.00 | 60.28 | 89.72 | 0.00 | 6,440.74 | 0.00 | 6,440.74 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 15 | 145.00 |
| LF | 8/31/2018 | 9/20/2018 | 9/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.68 | 6,501.02 | 0.00 | 6,501.02 | 2 | C/I | 5.68 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 8/31/2018 | 8/31/2018 | 9/9/2018 | 114.03 | 114.03 | 64.94 | 49.09 | 0.00 | 6,501.02 | 0.00 | 6,501.02 | 2 | SICC/PH | RRYA | 0.00 | 0.00 | | E=RRYA D=99 PD=22 ~ .POE 717-391-2076 OR 717-672-9611 | 6.00 |
| RG | 8/18/2018 | 8/18/2018 | 8/9/2018 | 136.00 | 130.00 | 99.34 | 30.66 | 0.00 | 6,565.96 | 0.00 | 6,565.96 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 09 | 180.00 |
| RG | 8/10/2018 | 8/10/2018 | 8/9/2018 | 206.00 | 200.00 | 176.39 | 23.61 | 0.00 | 6,665.30 | 0.00 | 6,665.30 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 32 | 52.00 |
| RG | 8/4/2018 | 8/4/2018 | 7/9/2018 | 154.00 | 139.15 | 24.64 | 114.51 | 8.85 | 6,841.69 | 0.00 | 6,841.69 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 26 | 145.00 |
| LF | 7/6/2018 | 7/20/2018 | 7/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.74 | 6,866.33 | 0.00 | 6,866.33 | 2 | C/I | 5.74 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 7/6/2018 | 7/6/2018 | 7/9/2018 | 301.83 | 293.14 | 112.54 | 180.60 | 2.69 | 6,866.33 | 0.00 | 6,866.33 | 2 | SIDC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 27 | |
| RG | 5/22/2018 | 6/20/2018 | 6/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 6,978.87 | 0.00 | 6,978.87 | 2 | C/I | 5.80 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 5/22/2018 | 5/22/2018 | 6/9/2018 | 201.36 | 180.50 | 107.15 | 73.35 | 14.86 | 6,978.87 | 0.00 | 6,978.87 | 2 | IVRC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 13 | |
| LF | 5/4/2018 | 5/20/2018 | 5/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 3.61 | 7,086.02 | 0.00 | 7,086.02 | 2 | C/I | 3.61 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 5/4/2018 | 5/4/2018 | 5/9/2018 | 200.00 | 194.00 | 164.81 | 29.19 | 0.00 | 7,086.02 | 0.00 | 7,086.02 | 2 | SICC/ONET | SSCH | 0.00 | 6.00 | EX | E=SSCH D=99 PD=25 ~ .POE 717-391-2076 OR 717-672-9611 | |
| RG | 4/27/2018 | 4/27/2018 | 4/9/2018 | 200.00 | 200.00 | 111.09 | 88.91 | 0.00 | 7,250.83 | 0.00 | 7,250.83 | 2 | SICC/ONET | SSCH | 0.00 | 6.00 | EX | E=SSCH D=99 PD=18 ~ .POE 717-391-2076 OR 717-672-9611 | |
| LF | 4/6/2018 | 4/20/2018 | 4/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.69 | 7,361.92 | 0.00 | 7,361.92 | 2 | C/I | 5.69 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 4/6/2018 | 4/6/2018 | 4/9/2018 | 289.37 | 283.37 | 73.84 | 209.53 | 0.00 | 7,361.92 | 0.00 | 7,361.92 | 2 | SICC/ONET | SSCH | 0.00 | 6.00 | EX | E=SSCH D=99 PD=28 ~ .POE 717-391-2076 OR 717-672-9611 | |
| LF | 2/16/2018 | 3/20/2018 | 3/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.56 | 7,435.76 | 0.00 | 7,435.76 | 2 | C/I | 5.56 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 2/16/2018 | 2/16/2018 | 3/9/2018 | 300.00 | 288.28 | 257.31 | 30.97 | 5.72 | 7,435.76 | 0.00 | 7,435.76 | 2 | PVCC/ONET | HEAT | 0.00 | 6.00 | EX | E=HEAT D=99 PD=7 ~ .POE 717-391-2076 OR 717-672-9611 | 25.56 |
| RG | 2/9/2018 | 2/9/2018 | 2/9/2018 | 300.00 | 300.00 | 173.34 | 126.66 | 0.00 | 7,693.07 | 0.00 | 7,693.07 | 2 | PVCC/ONET | HEAT | 0.00 | 6.00 | EX | E=HEAT D=99 PD=18 ~ .POE 717-391-2076 OR 717-672-9611 | |
| LF | 1/12/2018 | 1/20/2018 | 1/9/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 5.72 | 7,866.41 | 0.00 | 7,866.41 | 2 | C/I | 5.72 | 0.00 | | LATE FEE ASSESSMENT | 13.00 |
| RG | 1/12/2018 | 1/12/2018 | 1/9/2018 | 156.00 | 144.20 | 112.08 | 32.12 | 5.80 | 7,866.41 | 0.00 | 7,866.41 | 2 | IVRC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 34 | 4.00 |
| RG | 1/5/2018 | 1/5/2018 | 12/9/2017 | 156.00 | 150.00 | 21.19 | 128.81 | 0.00 | 7,978.49 | 0.00 | 7,978.49 | 2 | IVRC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 27 | 150.00 |
| LF | 12/8/2017 | 12/20/2017 | 12/9/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 7,999.68 | 0.00 | 7,999.68 | 2 | C/I | 5.80 | 0.00 | | LATE FEE ASSESSMENT | |
| RG | 12/8/2017 | 12/8/2017 | 12/9/2017 | 301.83 | 290.03 | 62.84 | 227.19 | 5.80 | 7,999.68 | 0.00 | 7,999.68 | 2 | IVRC/IFRM | 2 | 0.00 | 6.00 | EX | E=2 D=98 PD= 29 | 0.00 |
| LF | 10/20/2017 | 11/20/2017 | 11/9/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 8,062.52 | 0.00 | 8,062.52 | 2 | C/I | 5.80 | 0.00 | | LATE FEE ASSESSMENT | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | 10/20/2017 | 10/20/2017 | 11/9/2017 | 301.83 | 290.03 | 143.74 | 146.29 | 5.80 | 8,062.52 | 0.00 | 8,062.52 | PVCC/ONET | STOL | 0.00 | 5.80 | 6.00 | EX | E=STOL D=99 PD=11 ~. |
| LF | 9/19/2017 | 10/20/2017 | 10/9/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 8,206.26 | 0.00 | 8,206.26 | C/I | 2 | 0.00 | 5.80 | 0.00 | | LATE FEE ASSESSMENT |
| RG | 9/19/2017 | 9/19/2017 | 10/9/2017 | 291.86 | 285.86 | 132.41 | 153.45 | 0.00 | 8,206.26 | 0.00 | 8,206.26 | PVCC/PH | HEAT | 0.00 | 0.00 | 6.00 | EX | E=HEAT D=99 PD=10 ~. |
| RG | 8/18/2017 | 9/19/2017 | 9/9/2017 | 296.03 | 290.03 | 187.07 | 102.96 | 0.00 | 8,338.67 | 0.00 | 8,338.67 | PVCC/ONET | HEAT | 0.00 | 0.00 | 6.00 | EX | E=HEAT D=99 PD=9 ~. |
| RG | 7/28/2017 | 8/18/2017 | 8/9/2017 | 156.00 | 144.20 | 86.19 | 58.01 | 5.80 | 8,525.74 | 0.00 | 8,525.74 | PVCC/ONET | STOL | 0.00 | 5.80 | 6.00 | EX | E=STOL D=99 PD=19 ~. |
| RG | 7/21/2017 | 7/28/2017 | 7/9/2017 | 156.00 | 150.00 | 0.00 | 150.00 | 0.00 | 8,611.93 | 0.00 | 8,611.93 | PVCC/ONET | TCOW | 0.00 | 0.00 | 6.00 | EX | E=TCOW D=99 PD=12 ~. |
| LF | 6/16/2017 | 7/21/2017 | 7/9/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 8,611.93 | 0.00 | 8,611.93 | C/I | 2 | 0.00 | 5.80 | 0.00 | | LATE FEE ASSESSMENT |
| RG | 6/16/2017 | 7/20/2017 | 7/9/2017 | 296.03 | 290.03 | 114.39 | 175.64 | 0.00 | 8,611.93 | 0.00 | 8,611.93 | PVCC/ONET | STOL | 0.00 | 0.00 | 6.00 | EX | E=STOL D=99 PD=7 ~. |
| RG | 5/12/2017 | 6/16/2017 | 6/9/2017 | 296.03 | 290.03 | 147.15 | 142.88 | 0.00 | 8,726.32 | 0.00 | 8,726.32 | PVCC/PH | HEAT | 0.00 | 0.00 | 6.00 | EX | E=HEAT D=99 PD=3 ~. |
| RG | 4/14/2017 | 5/12/2017 | 5/9/2017 | 296.03 | 290.03 | 109.23 | 180.80 | 0.00 | 8,873.47 | 0.00 | 8,873.47 | PVCC/ONET | BSCH | 0.00 | 0.00 | 6.00 | EX | E=BSCH D=99 PD=5 ~. |
| NL | 3/10/2017 | 4/14/2017 | 4/9/2017 | | | 8,982.70 | | | 8,982.70 | 0.00 | 8,982.70 | ACH | AUTO | | | | | |