| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 18-18000-PMM**

RENARD A HARRIS  
57 ROSEWOOD LANE  
MARIETTA  PA    17547

Petition Filed Date: 12/03/2018  
341 Hearing Date: 01/22/2019  
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $150.00 | | 08/07/2024 | $150.00 | | 08/15/2024 | $150.00 | |
| 08/22/2024 | $95.00 | | 09/06/2024 | $150.00 | | 09/12/2024 | $150.00 | |
| 09/19/2024 | $150.00 | | 10/03/2024 | $150.00 | | 10/10/2024 | $100.00 | |
| 10/18/2024 | $150.00 | | 10/23/2024 | $150.00 | | 10/31/2024 | $125.00 | |
| 11/07/2024 | $125.00 | | 11/19/2024 | $150.00 | | 11/21/2024 | $150.00 | |
| 12/03/2024 | $125.00 | | 12/05/2024 | $125.00 | | 12/12/2024 | $125.00 | |
| 12/19/2024 | $125.00 | | 12/27/2024 | $150.00 | | 01/03/2025 | $100.00 | |
| 01/10/2025 | $125.00 | | 01/16/2025 | $125.00 | | 01/24/2025 | $125.00 | |
| 01/30/2025 | $125.00 | | 02/06/2025 | $125.00 | | 02/24/2025 | $150.00 | |
| 02/27/2025 | $125.00 | | 03/07/2025 | $125.00 | | 03/13/2025 | $125.00 | |
| 03/20/2025 | $125.00 | | 03/27/2025 | $125.00 | | 04/07/2025 | $125.00 | |
| 04/10/2025 | $125.00 | | 04/17/2025 | $125.00 | | 04/24/2025 | $125.00 | |
| 05/07/2025 | $150.00 | | 05/15/2025 | $125.00 | | 05/22/2025 | $125.00 | |
| 06/02/2025 | $125.00 | | 06/05/2025 | $125.00 | | 06/12/2025 | $125.00 | |
| 06/20/2025 | $125.00 | | 07/03/2025 | $125.00 | | 07/11/2025 | $100.00 | |
| 07/17/2025 | $100.00 | | 07/24/2025 | $125.00 | | 07/31/2025 | $100.00 | |

**Total Receipts for the Period: $6,195.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,033.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | IMPACT REEIVABLES MANAGEMENT, LLC<br>»» 006 | Unsecured Creditors | $1,590.58 | $0.00 | $1,590.58 |
| 3 | 13/7, LLC<br>»» 003 | Unsecured Creditors | $5,576.56 | $0.00 | $5,576.56 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $212.67 | $0.00 | $212.67 |
| 4 | CARVANT FINANCIAL LLC<br>»» 004 | Secured Creditors | $6,432.61 | $6,432.61 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»» 009 | Mortgage Arrears | $16,396.28 | $16,396.28 | $0.00 |
| 12 | EAST DONEGAL SEWER AUTHORITY<br>»» 012 | Secured Creditors | $1,494.60 | $1,494.60 | $0.00 |
| 11 | US DEPT OF HUD<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | LANCASTER GENERAL HOSPITAL<br>»» 001 | Unsecured Creditors | $2,000.96 | $0.00 | $2,000.96 |

**Chapter 13 Case No. 18-18000-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $687.56 | $0.00 | $687.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $1,068.89 | $0.00 | $1,068.89 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Unsecured Creditors | $11,610.71 | $15.00 | $11,595.71 |
| 10 | CASE & DIGIAMBERARDINO PC<br>»» 010 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,033.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $29,088.49 | Arrearages: | ($172.00) |
| Paid to Trustee: | $2,741.12 | Total Plan Base: | $33,681.00 |
| Funds on Hand: | $203.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.