**Fill in this information to identify the case:**

Debtor 1      **RENARD A  HARRIS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

(State)

Case Number    **18-18000-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made     **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    US DEPT OF HUD

**Court claim no.** (if known):
11

**Last 4 digits** of any number you use to identify the debtor's account:    7   5   1   3

**Property Address:**     57 ROSEWOOD LN
Number    Street

MARIETTA        PA    17547
City                State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:      Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:      Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $ _____ -0-

**Part 6:      A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Scott F. Waterman                                          Date   02/25/2026
_____                                _____
Signature

Trustee      Scott F. Waterman
             _____
             First Name              Middle Name              Last Name

Address      2901 St. Lawrence Avenue, Suite 100
             _____
             Number        Street

             Reading                                    PA      19606
             _____
             City                                       State   ZIP Code

Contact phone   (610) 779-1313                Email   info@ReadingCh13.com
                _____              _____

| Debtor 1 | **RENARD A  HARRIS** | Case Number **18-18000-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |