***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Renard A. Harris — Case No: 18−18000−pmm

Debtor(s)

***NOTICE OF CHAPTER 13 CASE CLOSED***
***WITHOUT DISCHARGE***

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor did not file certification of completion of instructional course concerning personal financial management.

- [x] Debtor has not certified that all domestic support obligations due have been paid.

- [ ] Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: August 27, 2026

For The Court

Mohung Wong
Clerk of Court

120
Form 206