IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-18000-PMM |
| | : | |
| RENARD A. HARRIS, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

**ORDER**

AND NOW, this ____________ day of ____________________, 2026, upon consideration of the foregoing Motion to Enlarge Time, it is hereby ORDERED that the Debtor's Certification Regarding Domestic Support Obligations and statement regarding completion of an instructional course concerning financial management shall be filed on or before October 30, 2026.

BY THE COURT:

**Date: September 29, 2026**

Patricia M. Mayer
______________________________
UNITED STATES BANKRUPTCY JUDGE