Certificate Number: 14912-PAE-DE-041532970

Bankruptcy Case Number: 18-18000

14912-PAE-DE-041532970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2026, at 1:08 o'clock PM EDT, Renard Harris completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 7, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor